1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

7

8     INTERBLOCK D.O.O. and INTERBLOCK    )    Case #  2:25-cv-01699-APG-EJY
9     USA, L.C.,                          )
                                          )    **VERIFIED PETITION FOR**
10            Plaintiff(s),               )    **PERMISSION TO PRACTICE**
                                          )    **IN THIS CASE ONLY BY**
11        vs.                             )    **ATTORNEY NOT ADMITTED**
                                          )    **TO THE BAR OF THIS COURT**
12    MERKUR GAMING US, LLC and           )    **AND DESIGNATION OF**
      SPINTEC D.O.O.,                     )    **LOCAL COUNSEL**
13                                        )
             Defendant(s).                )
14    _____)    FILING FEE IS $250.00

15

16    _____Kevin W. Kirsch_____, Petitioner, respectfully represents to the Court:
                (name of petitioner)
17

18         1.       That Petitioner is an attorney at law and a member of the law firm of

19    _____Baker & Hostetler LLP_____
                                    (firm name)

20    with offices at _____200 Civic Center Drive, Suite 1200_____,
                                    (street address)

21    _____Columbus_____, _____Ohio_____, __43215__,
            (city)                  (state)        (zip code)

22

23    _____614.228.1541_____. ____kkirsch@bakerlaw.com____.
       (area code + telephone number)        (Email address)

24

25         2.       That Petitioner has been retained personally or as a member of the law firm by

      __Interblock d.o.o. and Interblock USA, L.C.__ to provide legal representation in connection with
26                      [client(s)]

27    the above-entitled case now pending before this Court.

28
                                                                            Rev. 5/16

3.    That since _____October 16, 2007_____, Petitioner has been and presently is a
                        (date)

member in good standing of the bar of the highest Court of the State of _____Ohio_____
                                                                              (state)

where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| State of Ohio | October 16, 2007 | 0081996 |
| State of California | December 2, 1993 | 166184 |
| USDC - Central District of California | February 12, 1997 | |
| USDC - Northern District of California | December 14, 1993 | |
| USDC - Southern District of California | August 26, 1998 | |
| USDC - District Court of Colorado | February 21, 2025 | |
| (see attachment for additional Courts) | | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6.      That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None.

7.      That Petitioner is a member of good standing in the following Bar Associations.

State Bar of Ohio; State Bar of California

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.      Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.      Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1      That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2  FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                               _____

                                                  Petitioner's signature

STATE OF _____Ohio_____ )

5                                        )

COUNTY OF _____Franklin_____ )

6

7      _____Kevin W. Kirsch_____ , Petitioner, being first duly sworn, deposes and says:

8  That the foregoing statements are true.

9                                               _____

                                                  Petitioner's signature

10  Subscribed and sworn to before me this

11

12  ____ day of _September_ , _2025_

13  _____

                          Pamela Ann Hubbard
                          Notary Public, State of Ohio
                          Commission #: 2022-RE-843376
                          My Commission Expires 01-23-2027

14                    Notary Public or Clerk of Court

15

16  ### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
### THE BAR OF THIS COURT AND CONSENT THERETO.

17

18      Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

believes it to be in the best interests of the client(s) to designate _____Samuel A. Schwartz_____ ,

19                                                      (name of local counsel)

Attorney at Law, member of the State of Nevada and previously admitted to practice before the

20  above-entitled Court as associate resident counsel in this action. The address and email address of

21  said designated Nevada counsel is:

22

23  _____601 East Bridger Avenue_____ ,

                              (street address)

24

25  _____Las Vegas_____ , _____Nevada_____ , ____89101____ ,

             (city)                   (state)         (zip code)

26  _____702.802.2207_____ , _____SASchwartz@nvfirm.com_____ .

    (area code + telephone number)         (Email address)

27

28                          4                                Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Samuel A. Schwartz_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

_____Interblock d.o.o. and Interblock USA, L.C., C.L.O._____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

_____10985_____    SASchwartz@nvfirm.com_____
Bar number                              Email address

APPROVED:

Dated: this __12th__ day of ___September___, 20 __25__.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts (continued).

| Court | Date Admitted | Bar Number |
|---|---|---|
| USDC – Southern District of Indiana | November 16, 2009 | |
| USDC – Eastern District of Michigan | March 19, 2015 | |
| USDC – Northern District of Ohio | October 22, 2007 | |
| USDC – Southern District of Ohio | October 5, 2007 | |
| USDC – Eastern District of Texas | January 20, 2017 | |
| USDC – Western District of Texas | September 19, 2022 | |
| U.S. Court of Appeals – Federal Circuit | October 24, 2000 | |
| U.S. Court of Appeals – Fourth Circuit | August 2, 2022 | |
| U.S. Court of Appeals – Fifth Circuit | March 4, 2022 | |
| U.S. Court of Appeals – Ninth Circuit | January 26, 1994 | |