CAMPBELL & WILLIAMS
J. COLBY WILLIAMS (5549)
Email: jcw@cwlawlv.com
PHILIP R. ERWIN (11563)
Email: pre@cwlawlv.com
710 South 7th Street
Las Vegas, Nevada 89101
Telephone: 702.382.5222
Fax: 702.382.0540

IRWIN IP, LLC
BARRY F. IRWIN (9068)
birwin@irwinip.com
JASON J. KEENER*
jkeener@irwinip.com
IFTI ZAIM*
izaim@irwinip.com
ALEXANDER S. BENNETT*
abennett@irwinip.com
150 North Wacker Drive, Suite 700
Chicago, Illinois 60606
Telephone: 312.667.6080

*pro hac vice forthcoming*

*Attorneys for Defendants
Merkur Gaming US, LLC and
Spintec D.O.O.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| INTERBLOCK D.O.O., and INTERBLOCK USA, L.C., <br><br> Plaintiffs, <br><br> v. <br><br> MERKUR GAMING US, LLC, and SPINTEC D.O.O., <br><br> Defendants. | Case No.: 2:25-cv-01699-APG-EJY <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO RESPOND TO COMPLAINT** <br><br> **(First Request)** |

Plaintiffs served Defendant Merkur Gaming US, LLC ("Merkur") with a copy of the complaint in this matter on September 12, 2025. Merkur's response to the complaint is presently due on October 3, 2025. The Parties, by and through their respective counsel of record, stipulate and agree that Merkur shall have a two-week extension of time to respond to the complaint. If

1

1  approved by the Court, Merkur's response would now be due on October 17, 2025. This is the first
2  request seeking an extension of this deadline.
3        Merkur respectfully submits good cause exists for this brief extension as its counsel has been
4  tied up responding to and preparing for the hearing to be held on Plaintiffs' motion for injunctive
5  relief in this matter, which is presently set for October 3, 2025—the same date Merkur's response is
6  due. Merkur further submits the requested extension is not for purposes of delay.

7        IT IS SO STIPULATED.

8  SCHWARTZ LAW, PLLC        CAMPBELL & WILLIAMS

9  By: /s/ *Samuel A. Schwartz*        By: /s/ *J. Colby Williams*
    Samuel A. Schwartz (1095)        J. Colby Williams (5549)
10 saschwartz@nvfirm.com        Philip R. Erwin (11563)
    601 East Bridger Avenue        710 South 7th Street
11 Las Vegas, Nevada 89101        Las Vegas, Nevada 89101
    Telephone: 702.385.5544        Telephone: 702.382.5222
12

13 BAKER & HOSTETLER LLP        IRWIN IP
    Kevin W. Kirsch**        Barry F. Irwin (9068)
    Andrew E. Samuels**        Jason J. Keener*
14 Mark S. Einsiedel**        Ifti Zaim*
    Naomi Price **        Alexander S. Bennett*
15 200 Civic Center Drive, Suite 1200        150 North Wacker Drive, Suite 700 Chicago,
    Columbus, OH 43215        Illinois 60606
16 Telephone: 614.228.1541        Telephone: 312.667.6080

17 BAKER & HOSTETLER LLP        * *pro hac vice forthcoming*
    Kevin P. Flynn**        *Attorneys for Defendants*
18 312 Walnut Street, Suite 3200        *Merkur Gaming US, LLC and*
    Cincinnati, OH 45202        *Spintec D.O.O.*
19 Telephone: 513.929.3400

20 BAKER & HOSTETLER LLP
    Jeffrey J. Lyons**
21 1201 N. Market Street, Suite 1407
    Wilmington, DE 19801
22 Telephone: 302.407.4222

23 ** *pro hac vice*        IT IS SO ORDERED:
    *Attorneys for Plaintiffs*
24 *Interblock d.o.o. and*
    *Interblock USA, L.C.*
25                                      UNITED STATES MAGISTRATE JUDGE
26                                      DATED: September 29, 2025
27
28