**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| INTERBLOCK D.O.O., et al., | Case No.: 2:25-cv-01699-APG-EJY |
| Plaintiffs | **Order Regarding Procedures for October 3, 2025 Hearing** |
| v. | |
| MERKUR GAMING US, LLC, et al., | |
| Defendants | |

In response to the Notice filed by Interblock (ECF No. 38), I notify the parties that the October 3, 2025 hearing on the pending motions for temporary restraining order and preliminary injunction will not be an evidentiary hearing. I do not intend to take testimony from witnesses. The parties are free to bring representatives to help counsel respond if I have technical or factual questions that counsel are unable to answer. But there will be no direct or cross examination of witnesses. At the conclusion of the hearing, we can discuss whether an evidentiary hearing is needed and, if so, the parameters of such a hearing.

DATED this 1st day of October, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE