CAMPBELL & WILLIAMS
J. COLBY WILLIAMS (5549)
jcw@cwlawlv.com
PHILIP R. ERWIN (11563)
pre@cwlawlv.com
710 South 7th Street
Las Vegas, Nevada 89101
Telephone: 702.382.5222
Facsimile: 702.382.0540

IRWIN IP LLP
BARRY F. IRWIN (9068)
birwin@irwinip.com
JASON J. KEENER*
jkeener@irwinip.com
IFTI ZAIM*
izaim@irwinip.com
ALEXANDER S. BENNETT*
abennett@irwinip.com
FAYE VASILOPOULOS*
fvasilopoulos@irwinip.com
150 North Wacker Drive, Suite 700
Chicago, Illinois 60606
Telephone: 312.667.6080

* *pro hac vice forthcoming*

*Attorneys for Defendants
Merkur Gaming US, LLC and
Spintec d.o.o.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| INTERBLOCK D.O.O. and INTERBLOCK USA, L.C.,<br><br>            Plaintiffs,<br><br>v.<br><br>MERKUR GAMING US, LLC and SPINTEC D.O.O.,<br><br>            Defendants. | Case No.:  2:25-cv-01699-APG-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO RESPOND TO COMPLAINT**<br><br>**(Second Request)** |

Plaintiffs served Defendant Merkur Gaming US, LLC ("Merkur US") with a copy of the complaint in this matter on September 12, 2025. Merkur's response to the complaint is presently due on October 17, 2025. During the October 3, 2025 hearing on Plaintiff's motion for temporary restraining order, counsel for Spintec d.o.o. ("Spintec") agreed to waiver of service under Federal Rule of Civil Procedure 4(d). A foreign defendant who waives service has ninety (90) days from the date the waiver request was made to serve a responsive pleading. Fed. R. Civ. P. 4(d)(3). Ninety days from October 3, 2025 falls on January 1, 2026; however, because that date is a federal holiday, the response is due the next business day, January 2, 2026. Fed. R. Civ. P. 6(a)(1)(C). Spintec's waiver of service form confirming this date has been filed at ECF No. 44.

The Parties, by and through their respective counsel of record, stipulate and agree that Merkur US shall have an extension of time to respond to the complaint until January 2, 2026, consistent with Spintec's response deadline.

Merkur US respectfully submits good cause exists for this extension. The parties agree that for purposes of judicial economy and efficiency, the response to the complaint by Merkur US should coincide with Spintec's response. Merkur further submits the requested extension is not for purposes of delay.

IT IS SO STIPULATED.

BAKER & HOSTETLER LLP

By: /s/ *Kevin W. Kirsch*
Kevin W. Kirsch**
Andrew E. Samuels**
Mark S. Einsiedel**
Naomi Price**
200 Civic Center Drive, Suite 1200
Columbus, OH 43215
614.228.1541

BAKER & HOSTETLER LLP
Kevin P. Flynn**
312 Walnut Street, Suite 3200
Cincinnati, OH 45202
513.929.3400

BAKER & HOSTETLER LLP

IRWIN IP LLP

By: /s/ *Barry F. Irwin*
Barry F. Irwin (9068)
Jason J. Keener*
Ifti Zaim*
Alexander S. Bennett*
Faye Vasilopoulos*
150 North Wacker Drive,
Suite 700
Chicago, IL 60606
312.667.6080

CAMPBELL & WILLIAMS
J. Colby Williams, Esq. (5549)
Philip R. Erwin, Esq. (11563)
700 South Seventh Street

2

Jeffrey J. Lyons**
1201 N. Market Street, Suite 1407
Wilmington, DE 19801
302.407.4222

** *pro hac vice*
*Attorneys for Plaintiffs*
*Interblock d.o.o. and*
*Interblock USA, L.C.*

Las Vegas, NV 89101
702.382.5222

* *pro hac vice forthcoming*
*Attorneys for Defendants*
*Merkur Gaming US, LLC and*
*Spintec d.o.o.*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT
MAGISTRATE JUDGE

DATED: October 16, 2025