Samuel A. Schwartz
Nevada Bar No. 10985
saschwartz@nvfirm.com
SCHWARTZ LAW, PLLC
601 East Bridger Avenue
Las Vegas, Nevada 89101
Telephone:   (702) 385-5544
Facsimile:    (702) 442-9887

Kevin W. Kirsch (*pro hac vice*)
Andrew E. Samuels (*pro hac vice*)
Mark S. Einsiedel (*pro hac vice*)
Naomi Price (*pro hac vice*)
**Baker & Hostetler LLP**
200 Civic Center Drive, Suite 1200
Columbus, OH 43215
Telephone:   614.228.1541

Kevin P. Flynn (*pro hac vice*)
**Baker & Hostetler LLP**
312 Walnut Street, Suite 3200
Cincinnati, OH 45202
Telephone:   513.929.3400

Jeffrey J. Lyons (*pro hac vice*)
**Baker & Hostetler LLP**
1201 N. Market Street, Suite 1407
Wilmington, DE 19801
Telephone:   302.407.4222

*Attorney for Plaintiffs*
*Interblock d.o.o. and Interblock USA, L.C.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| INTERBLOCK D.O.O. and INTERBLOCK USA, L.C., <br><br> Plaintiffs, <br><br> v. <br><br> MERKUR GAMING US, LLC and SPINTEC D.O.O., <br><br> Defendants. | Case No.: 2:25-cv-01699-APG-EJY <br><br> **JOINT STATUS REPORT AND STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE A JOINT STATUS REPORT** <br><br> **(First Request)** |

**JOINT STATUS REPORT**

Plaintiffs Interblock d.o.o. and Interblock USA, L.C. ("Plaintiffs") and Defendants Merkur Gaming US, LLC and Spintec D.O.O. ("Defendants") file this joint status report in response to the Court's October 3, 2025 Order (ECF No. 43). The parties have exchanged proposals regarding unresolved issues regarding the preliminary injunction, discovery, and related matters, and dates for an evidentiary hearing. However, the parties are still attempting to reach a compromise. Therefore, the parties respectfully request an extension of seven days to reach an agreement on the same and file a joint status report.

1     The parties submit that this is the first stipulation for extension of time to file a joint status report and that the requested extension is not for purposes of delay.

    IT IS SO STIPULATED.

    Dated: October 17, 2025

| IRWIN IP LLP | SCHWARTZ LAW, PLLC |
|---|---|
| /s/ Barry F. Irvin<br>Barry F. Irwin (9068)<br>150 North Wacker Drive, Suite 700<br>Chicago, IL 60606<br>312.667.6080 | /s/ Samuel A. Schwartz<br>Samuel A. Schwartz<br>Nevada Bar No. 10985<br>601 East Bridger Avenue<br>Las Vegas, Nevada 89101 |
| CAMPBELL & WILLIAMS<br>J. Colby Williams, Esq. (5549)<br>Philip R. Erwin, Esq. (11563)<br>700 South Seventh Street<br>Las Vegas, NV 89101<br>702.383.5222 | Kevin W. Kirsch (*pro hac vice* pending)<br>Andrew E. Samuels (*pro hac vice* pending)<br>Mark S. Einsiedel (*pro hac vice* pending)<br>Naomi Price (*pro hac vice* pending)<br>**Baker & Hostetler LLP**<br>200 Civic Center Drive, Suite 1200<br>Columbus, OH 43215<br>Telephone: 614.228.1541 |
| *Attorneys for Defendants* | Kevin P. Flynn (*pro hac vice* pending)<br>**Baker & Hostetler LLP**<br>312 Walnut Street, Suite 3200<br>Cincinnati, OH 45202<br>Telephone: 513.929.3400 |
| | Jeffrey J. Lyons (*pro hac vice* pending)<br>**Baker & Hostetler LLP**<br>1201 N. Market Street, Suite 1407<br>Wilmington, DE 19801<br>Telephone: 302.407.4220 |
| | *Attorneys for Plaintiffs* |

IT IS SO ORDERED:

_____
ANDREW P. GORDON
CHIEF U.S. DISTRICT JUDGE

DATED: October 20, 2025